**Exhibit A to the Complaint**

**Location:** Fair Lawn, NJ

**Total Works Infringed:** 60

**IP Address:** 74.102.15.23

**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 509B6D9794368EE9B3FB20F1715C19E2DDE196B6 | 04/08/2026 02:38:21 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 2 | c53dc5c2f6501992c81f463a0f92b99ac321e81d | 04/13/2026 02:14:03 | Wifey | 11/22/2025 | 11/26/2025 | PA0002554942 |
| 3 | 1144DDCB9BCA2CC50E1A7F7EE37D6AFB008CF7B8 | 04/05/2026 18:31:46 | Vixen | 03/23/2026 | 04/07/2026 | PA0002577407 |
| 4 | 45BD7EB6EC3A335403A10A66A52919DBE8FD0208 | 04/05/2026 18:30:02 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 5 | 9D96252115531BA6B549D996146184626D348E13 | 04/05/2026 18:19:27 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 6 | 03F73B4001397D836B654BC12E9B6A71A33EDF76 | 04/05/2026 18:19:12 | TushyRaw | 05/24/2023 | 07/14/2023 | PA0002427448 |
| 7 | 79F50E3960CFE36B1F1E044B222200097AA1DFEF | 04/05/2026 18:19:10 | Tushy | 04/11/2021 | 04/27/2021 | PA0002288948 |
| 8 | 9AF5BDE3C52E50946DFEA8949A9A6AD9E1F8F988 | 04/05/2026 18:18:46 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 9 | CDB48BE3775351F77BAFED29D707B3F8193D570B | 04/05/2026 18:17:36 | Blacked Raw | 05/20/2024 | 06/18/2024 | PA0002476880 |
| 10 | 80b597d54355c52729875cb60458a064b9b9c03d | 11/07/2023 21:33:58 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 11 | 808607d7cdf64cb1671649552496128f34be0e26 | 11/05/2023 16:08:00 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 12 | 89aa2665d3899885eaea7f5a2c918a5c0a1e5c5a | 11/04/2023 02:20:00 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 13 | 51c8eaa55d5ee711d5279a227845f3f2df32d548 | 11/01/2023 21:19:45 | Tushy | 07/24/2022 | 08/29/2022 | PA0002367746 |
| 14 | 8afe3e6f75e69a31cb5db806dabc569dda4167cf | 11/01/2023 04:50:30 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 15 | 3fa90c57855b9a75018f4d706fd716a6035fd36d | 11/01/2023 01:21:20 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 16 | 60480ac90b65f9c0a970b96dedd2e5ed5310222e | 10/30/2023 11:11:16 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6992f699c7ef91d67774badcc9cda27ed48b460d | 10/29/2023 13:53:06 | Vixen | 06/25/2021 | 08/20/2021 | PA0002312014 |
| 18 | dde4673c747229cc7ec4469301d2b980dd14d91d | 10/28/2023 13:34:04 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 19 | b545fcbbe1c60cd0a688d290a8e3b018360fb512 | 10/27/2023 15:45:37 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 20 | 5129eda9fd3c082f36574e17c4887f06b5af348a | 10/21/2023 01:11:19 | Vixen | 01/09/2020 | 02/03/2020 | PA0002236496 |
| 21 | 3bb4cb87e56781421720739cc62651926e57b32a | 10/11/2023 06:02:02 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 22 | 95a7a5adad598207887726537e2e7401760548bb | 10/11/2023 01:42:01 | Tushy | 11/14/2021 | 01/07/2022 | PA0002337916 |
| 23 | 47b0e2f1624cf02dd4c4f81398dea599e50676b2 | 10/09/2023 19:26:54 | Blacked | 10/23/2021 | 11/11/2021 | PA0002321276 |
| 24 | 70bbe16562461891eef196125d1762937333a9cd | 10/08/2023 22:22:36 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 25 | e1346b0bab52a0ee6eedd752b76d501a6e1a58cf | 10/04/2023 10:55:40 | Blacked | 09/03/2022 | 11/01/2022 | PA0002378069 |
| 26 | c579a2953e34b898980ca7acd475fbed3fc1f9ea | 10/04/2023 04:44:19 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 27 | bd75b908a06424936c0ba03e1e6a1a9197d095ea | 10/02/2023 06:04:32 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 28 | 7c3ee07a9553f75c22eee850dac191c7ff38051d | 09/29/2023 16:58:56 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 29 | 022d53c77d5669faa58a5d003bc363b01f1be8dc | 09/26/2023 09:26:41 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 30 | 106D0997201FACA7CAB1A0367C16953210EA6D95 | 09/24/2023 09:04:53 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 31 | 9df7096a6242175848ebcfbb1aea8a90e52167a6 | 09/14/2023 19:28:25 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 32 | 21c6870daad029093829ee16e4f77a78d58edbcc | 09/14/2023 06:39:27 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 33 | 3FBB1ED8500DB744D605D90E5BA0A96AAF85C288 | 09/13/2023 04:30:09 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 34 | D82754DD91BBD46F30405123F047CE06BACF1373 | 09/13/2023 04:28:15 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | f7aee3beaf2cb3d3e4930b0fcb693b70de7795bb | 09/04/2023 01:12:42 | Blacked | 05/01/2021 | 06/09/2021 | PA0002295604 |
| 36 | 875ca79e6d6ee476de1ae5755aae3a629cf99424 | 09/03/2023 01:23:25 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 37 | 74139da953225a0d22c3eaec3a427a5a2a76c48a | 08/30/2023 17:28:15 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 38 | af1a3e072375c6275d403d0054589444c969ee64 | 08/28/2023 10:47:49 | Blacked Raw | 04/12/2021 | 04/27/2021 | PA0002288983 |
| 39 | 8ed4fa71e12080adbe0e2ff6d652d5eeaf98dcf8 | 08/22/2023 19:11:25 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 40 | 0bde5844ea5d2203daf7c585f6869752f5e8e9f2 | 08/07/2023 05:27:01 | Blacked | 12/11/2021 | 03/04/2022 | PA0002345793 |
| 41 | af2171f05b9f6e30da7abec7498eb153dac03663 | 08/04/2023 21:55:28 | Blacked | 03/26/2022 | 04/23/2022 | PA0002346435 |
| 42 | bbd59ef6729d66c8add43e08f124c0077543bb78 | 08/04/2023 00:37:47 | Blacked | 09/17/2022 | 10/05/2022 | PA0002373760 |
| 43 | 6c4d22c10cfec71e996e997c6962b17c951413a0 | 07/27/2023 13:37:21 | Vixen | 01/20/2023 | 01/27/2023 | PA0002393071 |
| 44 | 1259fb1502401dc2fa0e81ffef0dda7559b9481a | 07/22/2023 23:25:52 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 45 | eb6aec2aff3480a3f1e656fed270ff34871baf34 | 07/15/2023 17:08:23 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 46 | 53284bea030f77e8d72e64cf21538792aa1a6d28 | 07/12/2023 02:12:07 | Blacked | 03/05/2022 | 03/29/2022 | PA0002342848 |
| 47 | f40ec96de6456587a332f021a8488f6962674ff5 | 07/08/2023 13:29:08 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 48 | 5283d91f8f0343b4fd454b7e8c805e11920ef6ce | 07/05/2023 00:07:02 | Tushy | 05/07/2021 | 06/09/2021 | PA0002295578 |
| 49 | 86cea8b3ca86d3bafaf047fa51f61f39df47a9a4 | 07/01/2023 03:34:32 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 50 | 468da7f42026c28f7037e5468454bb9e0a847961 | 06/29/2023 23:49:08 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 51 | ed243931d213efd5effe537e230284839a85b38d | 06/28/2023 11:54:22 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 52 | 80f67e781679a5a297d68d8be3943565472546c9 | 06/23/2023 22:11:01 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 097d00427f28e6b4b66fdecc64a2377ecb4c2265 | 06/13/2023 23:07:59 | Vixen | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 54 | 8c8c2c2e3e82d80ba1a0430a58d4b745d530585c | 06/13/2023 02:45:31 | Tushy | 02/14/2021 | 03/08/2021 | PA0002280366 |
| 55 | c46b4627fe9b26e126d3f2c7756ed7a09dfca68f | 06/12/2023 00:28:56 | Slayed | 05/31/2022 | 06/09/2022 | PA0002361663 |
| 56 | 33cedebd1941fd2d14f62ca48b1a036c5dcf4957 | 06/06/2023 18:25:44 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |
| 57 | d560cb7fd26d9f246db80bdb0417a447f51f3936 | 05/30/2023 13:29:54 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 58 | e0df0ee99fd9beb00670beba5fbe64d349e908c0 | 05/28/2023 15:02:04 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 59 | e7fddabbc3b335490cc4c34fe278fc3fc1e9ca3a | 05/26/2023 12:09:44 | Slayed | 11/23/2021 | 12/03/2021 | PA0002333377 |
| 60 | 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF | 05/22/2023 02:25:59 | Blacked Raw | 05/14/2023 | 06/09/2023 | PA0002415357 |